UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)  3:09-md-02100-DRH<br>)<br>)  MDL No. 2100<br>) |

**This Document Relates to:**

*Natalie J. Teisler v. Bayer Corporation, et al.*   No. 12-cv-11313-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 4, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
            Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.09.08 13:14:40 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT